Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Richmond Division

David Fitzgerald Monroe
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

American Credit Acceptance
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:25 cv 496
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                David Fitzgerald Monroe
   Street Address      9306 Salix Grove Terr
   City and County     Chesterfield Va 23832
   State and Zip Code
   Telephone Number    540-654-0438
   E-mail Address      davywavey56@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Jason Bynum - Serve
Job or Title (if known): Defendant CEO - American Credit Acceptance
Street Address: 961 E main St Spartanburg South Carolina
City and County:
State and Zip Code: South Carolina 29302
Telephone Number: (866) 441-0251
E-mail Address (if known): Jason@acacceptance.com

Defendant No. 2
Name: Thomas Hyman - Serve
Job or Title (if known): Defendant Owner - Hyman Brothers, Nissan
Street Address: 11841 Midlothian Tpke
City and County: Chesterfield Va 23113
State and Zip Code:
Telephone Number: (804)-378-3000
E-mail Address (if known): info@hammond-insurance.com

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treati is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

UCC-3-663   UCC Article 9
15 USC § 1601   15 USC § 1692   15 USC § 1681   18 USC § 1029 § 1341

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __National__, is a citizen of State of *(name)* __Virginia__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* __David F Monroe__, is incorporate under the laws of the State of *(name)* __Virginia__ and has its principal place of business in the State of *(name)* __America__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing th same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated ur the laws of the State of *(name)* _____, and has principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amoun stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant w involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim ar write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

December 20, 2022, Sales manager Krissopher Williams took my $10,000 down payment and sold me to American Credit Acceptance 28% interest rate, I paid over $15,000 monthly payments. September 22, 2024 ACA improper repossession, violating of my Federal Consumer rights and they stole my personal goods in the car and all my valuables back.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make lega arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I asked for my personal property to be return my $10,000 plus $15,000 in monthly payments and $75,000 in damages

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, informati and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may served. I understand that my failure to keep a current address on file with the Clerk's Office may res in the dismissal of my case.

Date of signing: July 1, 2025

Signature of Plaintiff: David F Monroe
Printed Name of Plaintiff: David F Monroe

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____